**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Glen Plange MATTEER, a/k/a Geez,
Defendant–Appellant.**

No. 12–6362.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 1, 2012.

Glen Plange Matteer, Appellant Pro Se. Jimmie Ewing, Stacey Denise Haynes, Jane Barrett Taylor, William Kenneth Witherspoon, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glen Plange Matteer appeals the district court's order denying his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Matteer*, No. 3:07–cr–00155–JFA–10 (D.S.C. Feb. 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*